```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05972
    RAUL M MARTINEZ
    MARIA C MARTINEZ                            CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-3140     SSN XXX-XX-6953

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/13/08 and confirmed on 05/30/08.

    2.  The case was dismissed after confirmation, 10/03/2008.

    3.  The Debtor paid a total of $     250.00 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG          .00             .00            .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE     50673.48             .00            .00
NISSAN MOTOR ACCEPTANCE   SECURED VEHIC          .00             .00            .00
ILLINOIS DEPT REVENUE     PRIORITY         NOT FILED             .00            .00
AT&T MOBILITY LLC         UNSECURED        NOT FILED             .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED             .00            .00
ECMC                      UNSECURED              .00             .00            .00
CITIFINANCIAL             UNSECURED        NOT FILED             .00            .00
FIRST PREMIER BANK        UNSECURED        NOT FILED             .00            .00
HSBC                      UNSECURED        NOT FILED             .00            .00
HSBC                      UNSECURED        NOT FILED             .00            .00
PARK DANSAN               UNSECURED        NOT FILED             .00            .00
RJM ACQUISITIONS LLC      UNSECURED        NOT FILED             .00            .00
SELECT COMFORT            UNSECURED        NOT FILED             .00            .00
SPRINT NEXTEL             UNSECURED        NOT FILED             .00            .00
        Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  50673.48           .00          .00          .00      50673.48
PRINCIPAL PAID           .00           .00          .00          .00           .00
INTEREST PAID            .00           .00          .00          .00           .00
TOTAL PAID               .00           .00          .00          .00           .00
The Debtor's attorney, GREGORY J MARTUCCI              , was allowed $   3000.00
and was paid $   1500.00  direct and $    235.50  through the plan.

The Trustee received $     14.50 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE